UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JERMY ELLIOTT and SHAENA ELLIOTT, )
)
    *Plaintiffs,* )
) Case No. 1:26-CV-2
v. )
) Judge Curtis L. Collier
MATTHEW JONES, et al., ) Magistrate Judge Michael J Dumitru
)
    *Defendants.* )

## **MEMORANDUM & ORDER**

Before the Court is Defendants John Robbs, Matthew Jones, Edwin Rojas, Nevin Recchia, and City of Collegedale's motion to set a case management conference. (Doc. 30.) Plaintiffs responded, confirming that an impasse has been reached on certain issues and "agree[ing] that limited Court guidance is appropriate at this stage." (Doc. 32 at 1.) Defendant Robb replied, addressing issues of scope raised by Plaintiff. (Doc 33.)

Defendants represent that there are multiple parties and that discovery has already commenced and caused disputes. (Doc 30 at 1.) While the parties have conferred and addressed multiple issues themselves, Defendants request the Court set a scheduling conference to provide "guidance regarding scheduling, discovery parameters, and the sequencing of motions." (*Id*. at 2.)

Some, but not all, parties have conducted a Rule 26(f) conference and have engaged in certain discovery. (*See* Doc. 27.) However, not all parties to the case have been served or made an appearance in the case.[1]

---

[1] Plaintiff's motion for an extension of time to serve Defendant Charlene Cook is currently pending. (Doc. 51.)

Thus, because the issues in the case have not yet been joined, the Court **DENIES** Defendants' motion to set a case management conference. The court will instead schedule a conference once all parties have made an appearance and are able to be heard.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2